UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PEGGY KANDE,

                Plaintiff                                             19 **CIVIL** 3578 (KNF)

          -against-                                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum and Order dated July 9, 2020, the Court finds that the ALJ erred in weighing medical opinions, and the ALJ's residual functional capacity determination is not supported by substantial evidence; the plaintiff's motion for judgment on the pleadings, Docket Entry No. 13 is granted and the matter remanded to the Commissioner for further proceedings, and the defendant's motion for judgment on the pleadings, Docket No. 15, is denied.

**Dated:** New York, New York
          July 10, 2020

                                                                    **RUBY J. KRAJICK**
                                                                 _____
                                                                     **Clerk of Court**
                                              **BY:**
                                                                  _____
                                                                      **Deputy Clerk**